| | |
|---|---|
| 1 | Matthew Righetti (State Bar No. 121012) |
| 2 | matt@righettilaw.com |
|   | John Glugoski (State Bar No. 191551) |
| 3 | jglugoski@righettilaw.com |
|   | **RIGHETTI GLUGOSKI, P.C**. |
| 4 | 456 Montgomery Street, Suite 1400 |
| 5 | San Francisco, CA 94104 |
|   | Telephone:      (415) 983-0900 |
| 6 | Facsimile:       (415) 397-9005 |
| 7 | |
|   | Reuben D. Nathan, Esq. (SBN 208436) |
| 8 | **NATHAN & ASSOCIATES, APC** |
|   | Email: *rnathan@nathanlawpractice.com* |
| 9 | 2901 W. Coast Hwy., Suite 200 |
|   | Newport Beach, CA 92663 |
| 10 | Tel: (949) 270-2798 |
|    | Facsimile: (949) 209-0303 |
| 11 | |
| 12 | *Attorneys for Plaintiff,* RUBEN HARPER |

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RUBEN HARPER, on behalf of himself and all others similarly situated, | Case No. 4:19-cv-02747 DMR |
| Plaintiffs, | **PROOF OF SERVICE** |
| vs. | |
| MONDELĒZ INTERNATIONAL, INC.; MONDELĒZ GLOBAL LLC; and DOES 1 through 10, Inclusive., | |
| Defendants. | |

1

**PROOF OF SERVICE**

1  PLEASE TAKE NOTICE that Plaintiff, Ruben Harper caused service upon Spencer
2  Sheehan, Esq. at 505 Northern Blvd., Suite 311, Great Neck, NY 11021 with the 1. Notice of
3  Motion for Appointment of Interim Class Counsel; 2. Memorandum of Law in Support of
4  Plaintiff's Motion for Appointment of Interim Class Counsel; 3. Declaration of Matthew Righetti
5  in Support of Motion for Appointment of Interim Class Counsel; 4. Declaration of Reuben D.
6  Nathan in Support of Motion for Appointment of Interim Class Counsel; 5. Proposed Order; and
7  6. Certificate of Service on July 17, 2019.  Affidavit of Service is attached hereto as Exhibit
8  "A".

13  Dated:  July 17, 2019                                    **NATHAN & ASSOCIATES, APC**

                                                              By: */s/ Reuben D. Nathan*
                                                                  Reuben D. Nathan
                                                                  *Attorneys for Plaintiff*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT A

**PROOF OF SERVICE**

## AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

RUBEN HARPER, on behalf of himself
and all others similarly situated,

CASE NO. 4:19-cv-02747 DMR

Plaintiffs,
vs.

MONDELEZ INTERNATIONAL, INC.;
MONDELEZ GLOBAL LLC; and DOES
1 through 10, Inclusive

Defendants.

To be served upon Spencer Sheehan Esq., Sheehan and Associates P.C., located at 505 Northern Boulevard, Suite 311, Great Neck, NY 11021. I Akash Vasudeva do hereby affirm that on the 17th day of July 2019 at 1:07 p.m., I:

**Personally served** by delivering a true copy of Notice of Motion for Appointment of Interim Class Counsel; Memorandum in Support of Motion; Declaration of Matthew Righetti; Declaration of Reuben D. Nathan; Proposed Order; and Certificate of Service to Spencer Sheehan the recipient therein named.

**Description of Person Served**: Age: 46 years, Sex: M, Skin Color: White, Height: 5'9" Weight: 189lbs, Hair: Brown, Beard: N

Akash Vasudeva