# **CERTIFICATE OF SERVICE**

I hereby certify that I served the foregoing through the Court's CM/ECF system upon all counsel registered with that system.

DATED: July 18, 2019                                    By: */s/ Reuben D. Nathan*
                                                               Reuben D. Nathan

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28