Matthew Righetti, Esq. (State Bar No. 121012)
John Glugoski, Esq. (State Bar No. 191551)
**RIGHETTI GLUGOSKI, P.C.**
456 Montgomery Street, Suite 1400
San Francisco, CA 94101
Telephone: (415) 983-0900
Facsimile: (415) 397-9005
Email: matt@righettilaw.com
Email: jglugoski@righettilaw.com

Reuben D. Nathan (State Bar No. 208436)
**NATHAN & ASSOCIATES, APC**
2901 W. Coast Highway, Suite 200
Newport Beach, CA 92663
Tel. No.: (949) 270-2798
Fax No.: (949) 209-0303
E-Mail: rnathan@nathanlawpractice.com

IT IS SO ORDERED
Judge Yvonne Gonzalez Rogers
8/13/2019

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN HARPER, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>vs<br><br>MONDELEZ INTERNATIONAL, INC; MONDELEZ GLOBAL, LLC.; and DOES 1 through 10, Inclusive.<br><br>Defendants. | Case No. 4:19-cv-02747-YGR<br><br>**NOTICE OF DISMISSAL OF PLAINTIFF, RUBEN HARPER'S COMPLAINT WITHOUT PREJUDICE** |

TO THE HONORABLE COURT, ALL PARTIES HEREIN AND THEIR RESPECTIVE COUNSEL OF RECORD:

Plaintiff, Ruben Harper, by and through his respective counsel, pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i), dismisses this lawsuit, without prejudice.

Dated: August 12, 2019  Respectfully submitted,

**RIGHETTI GLUGOSKI, PC.**

By: */s/ Matthew Righetti*
    Matthew Righetti
    Attorneys for Plaintiff

**NOTICE OF VOLUNTARY DISMISSAL OF COMPLAINT WITHOUT PREJUDICE**